# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DONNA RENEE SMITH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| v. | § § | Civil Action No. _____ |
| WOODSPRING HOTELS, LLC AND WOODSPRING HOTELS PROPERTY MANAGEMENT, LLC | § § § | Jury Demanded |

## JURY DEMAND OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff DONNA RENEE SMITH, on behalf of herself and all others similarly situated, hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Dated: May 10, 2016

Respectfully submitted,

*/s/ Shane McGuire*
SHANE MCGUIRE
State Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N. College St., Suite 1030
Tyler, Texas 75702
Phone: 903-630-7154
Fax: 903-630-7173
shane@mcguirefirm.com

/s/*Keith Miller*
KEITH MILLER
State Bar No: 14093750
KEITH MILLER LAW OFFICE
100 E. Ferguson, Suite 101
Tyler, Texas 75702
(903)597-4090
(903)597-3692
keith@5974090.net

**ATTORNEYS FOR PLAINTIFFS**