# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DONNA RENEE SMITH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § | |
| v. § | Civil Action No. _____ |
| § | |
| WOODSPRING HOTELS, LLC AND WOODSPRING HOTELS PROPERTY MANAGEMENT, LLC § § § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiff discloses the following parties who have an interest in the outcome of this litigation:

### PLAINTIFFS

1. Donna Renee Smith

2. Jenise Campbell

3. Plaintiff's Counsel: Shane McGuire, The McGuire Firm, PC, 102 N. College Ave., Suite 1030, Tyler, Texas 75702.

4. Plaintiff's Counsel: Keith Miller, Keith Miller Law Office, 100 E. Ferguson, Suite 101, Tyler, Texas 75702.

### DEFENDANTS

1. Woodspring Hotels, LLC

2. Woodspring Hotels Property Management, LLC

2. Defendants' Counsel

3. All persons and entities listed on Defendants' Certificate of Interested Parties.

Respectfully submitted,

*/s/ Shane McGuire*
**SHANE MCGUIRE**
State Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N. College St., Suite 1030
Tyler, Texas 75702
Phone: 903-630-7154
Fax: 903-630-7173
shane@mcguirefirm.com


/s/*Keith Miller*
**KEITH MILLER**
State Bar No: 14093750
KEITH MILLER LAW OFFICE
100 E. Ferguson, Suite 101
Tyler, Texas 75702
(903)597-4090
(903)597-3692
keith@5974090.net