IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DONNA RENEE SMITH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| v. | § § | Civil Action No. 2:16-cv-00489 |
| WOODSPRING HOTELS, LLC AND WOODSPRING HOTELS PROPERTY MANAGEMENT, LLC | § § § § | |

## PLAINTIFF'S NOTICE OF FILING ADDITIONAL CONSENT

Plaintiff, on behalf of herself and all others similarly situated, hereby files the following additional Notice of Consent in connection with the above-entitled and numbered action, attached hereto as Exhibit A:

1. Exhibit "A" – Jenise Campbell

Respectfully submitted,

/s/ Shane McGuire
**SHANE MCGUIRE**
State Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N. College St., Suite 1030
Tyler, Texas 75702
Phone: 903-630-7154
Fax: 903-630-7173
shane@mcguirefirm.com

/s/Keith Miller
**KEITH MILLER**
State Bar No: 14093750
KEITH MILLER LAW OFFICE
100 E. Ferguson, Suite 101
Tyler, Texas 75702
(903)597-4090
(903)597-3692
keith@5974090.net

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

_Jenise Campbell_  2-16-2016
Signature                       Date

_JENISE CAMPBELL_
Printed Name


EXHIBIT A