**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DONNA RENEE SMITH, ON BEHALF<br>OF HERSELF AND ALL OTHERS<br>SIMILARLY SITUATED, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 2:16-cv-00489 |
| | § | |
| WOODSPRING HOTELS, LLC AND<br>WOODSPRING HOTELS PROPERTY<br>MANAGEMENT, LLC | §<br>§<br>§<br>§ | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that Keith Miller is appearing as additional counsel for Plaintiffs, DONNA RENEE SMITH, and all others similarly situated. Shane McGuire will remain as lead counsel. Accordingly, please add the following counsel to all service lists and provide him with all notices, orders, correspondence, pleadings and any other information regarding this case: Keith Miller, Law Office of Keith Miller, 100 E. Ferguson, Suite 101, Tyler, Texas 75702, Telephone: (903)597-4090, Fax: (903)597-3692, Email: keith@59704090.net; cc:kmorman@5974090.net.

Respectfully submitted,

/s/ Shane McGuire
**SHANE MCGUIRE**
State Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N. College St., Suite 1030
Tyler, Texas 75702
Phone: 903-630-7154
Fax: 903-630-7173
shane@mcguirefirm.com

/s/Keith Miller
**KEITH MILLER**
State Bar No: 14093750

KEITH MILLER LAW OFFICE
100 E. Ferguson, Suite 101
Tyler, Texas 75702
(903)597-4090
(903)597-3692
keith@5974090.net

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2016, a copy of the forgoing document was electrically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.


/s/*Keith Miller*
**KEITH MILLER**