UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

CASE AND DEADLINE INFORMATION

Civil Action No.: 2:16-cv-00489-JRG

Name of party requesting extension: Defendants Woodspring Hotels, LLC and Woodspring Hotels Property Management, LLC

Is this the first application for extension of time in this case?
- [✓] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 5/20/16

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: 7/11/16   *(Required)*

ATTORNEY FILING APPLICATION INFORMATION

Full Name: Brian G. Patterson
State Bar No.: 24042974
Firm Name: Akin Gump Strauss Hauer & Feld LLP
Address: 1111 Louisiana Street
         44th Floor
         Houston, TX 77002-5200
Phone: (713) 220-5800
Fax:   (713) 236-0822
Email: bpatterson@akingump.com

A certificate of conference does not need to be filed with this unopposed application.